IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANISHA L. WHITE,<br><br>        *Plaintiff,*<br><br>v.<br><br>QUINCY CATCHINGS, individually and as agent, servant and/or employee of JORDAN CARRIERS, INC., and JORDAN CARRIERS, INC.<br><br>        *Defendants.* | Case No. 1:17-cv-03068 |

## NOTICE OF REMOVAL

Defendants, JORDAN CARRIERS and QUINCY CATCHINGS ("Defendants"), through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, remove this action from the Circuit Court of Cook County, Illinois, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds, Defendants state:

## PROCEDURAL HISTORY

1. This is a personal injury action involving a March 9, 2015 collision between vehicles operated by Plaintiff, Tanisha L. White and Defendant Quincy Catchings.[1]

2. On January 17, 2017, Plaintiff filed a two-count complaint in the Circuit Court of Cook County, Illinois, Law Division, Case No. 2017 L 000556. (**Exhibit A**, Complaint at Law).

3. On January 17, 2017, summons was issued for Defendants Jordan Carriers, Inc. (**Exhibit B**, Jordan Carriers, Inc. - Summons).

4. Alias summons for Defendant Quincy Catchings was issued on March 24, 2017 (**Exhibit C**, Quincy Catchings - Alias Summons).

---

[1] All court orders entered in this matter have been attached to this Notice of Removal as Exhibit I.

5. Plaintiff filed her two-count First Amended Complaint on March 16, 2017. (**Exhibit D**, First Amended Complaint).

6. On March 27, 2017, Jordan Carriers, Inc. filed its appearance and answer to Plaintiff's First Amended Complaint. (**Exhibit E**, Jordan Carriers, Inc. Appearance and Answer to Plaintiff's First Amended Complaint).

7. On April 20, 2017, Quincy Catchings filed his appearance and answer to Plaintiff's First Amended Complaint. (**Exhibit F**, Quincy Catchings Appearance and Answer to Plaintiff's First Amended Complaint).

## GROUNDS FOR REMOVAL

8. A defendant may remove any civil action brought in a State court for which the district courts of the United States have original jurisdiction to the federal district court encompassing the place in which the action is pending. 28 U.S.C.§ 1441(a).

9. This Court has original jurisdiction over this action by reason of complete diversity of citizenship and an amount in controversy which exceeds the sum or value of $75,000, exclusive of interests and costs. 28 U.S.C. § 1332(a).

## THE PARTIES ARE OF DIVERSE CITIZENSHIP

10. Plaintiff Tanisha L. White is a citizen of the State of Illinois. (**Exhibit G**, Plaintiff's Response to Defendant Jordan Carriers's First Request for Admission to Plaintiff; RTA #2).

11. Defendant Quincy Catchings is a citizen of the State of Mississippi.

12. At the time this action was commenced and since that time, Defendant Jordan Carriers has been a Mississippi Corporation with its principal place of business in Natchez, Mississippi. None of its members are citizens of Illinois. (**Exhibit H**, Jordan Carriers, Inc. Affidavit of Citizenship).

13. As such, complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332. *See Wis. Dept or Correction v. Schacht*, 524 U.S. 381, 388, 118 S. Ct. 2047, 2052 (1998); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 65, 117 S. Ct. 467, 471 (1996).

## AMOUNT IN CONTROVERSY IS SATISFIED

14. Plaintiff has admitted that the amount in controversy in this matter exceeds $75,000. (**Exhibit G**, Plaintiff's Response to Defendant Jordan Carriers's First Request for Admission to Plaintiff; RTA #1).

## THE STATUTORY REQUIREMENTS OF 28 U.S.C. § 1446 ARE SATISFIED

15. Defendants filed this Notice of Removal within thirty (30) days of receipt of Plaintiff's admitting that the amount in controversy in this matter exceeds $75,000, and therefore, this Notice of Removal is timely. 28 U.S.C. § 1446(b)(3).

16. This Court has diversity jurisdiction over this mater pursuant to 28 U.S.C. § 1332 (a)(1).

17. The State Court Action is properly subject to removal pursuant to 28 U.S.C. § 1332 (a)(1).

18. Defendants are filing, within this pleading, a copy of the Complaint and Summonses served upon them in the state court action. 28 U.S.C. § 1446(a).

19. Promptly after filing this Notice of Removal, Defendants will provide written notice to all adverse parties of the filing, and a true and correct copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

20. Defendants Jordan Carriers, Inc. and Quincy Catchings each consent to removal.

21. By filing this Notice of Removal, Defendants Jordan Carriers, Inc. and Quincy Catchings do not waive any available defenses, including all jurisdictional and affirmative defenses.

22. The undersigned counsel for the Defendants has read the foregoing and signed this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendants Jordan Carriers, Inc. and Quincy Catchings hereby remove the instant action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully request that this Court exercise jurisdiction over this action.

Respectfully Submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Robert M. Campobasso*
Kathleen McDonough (ARDC # 6229813)
kathleen.mcdonough@wilsonelser.com
Robert M. Campobasso (ARDC # 6296026)
robert.campobasso@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: 312.704.0550
Fax: 312.704.1522

Attorneys for JORDAN CARRIERS, INC. and QUINCY CATCHINGS.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Plaintiff's counsel via e-mail and Certified mail on this 24th day of April, 2017.

                                                     */s/ Robert M. Campobasso*