# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TANISHA L. WHITE,<br><br>*Plaintiff,*<br><br>v.<br><br>QUICNY CATCHINGS, individually and as agent, Servant and/or employee of JORDAN CARRIERS, INC., and JORDAN CARRIERS, INC.<br><br>*Defendants.* | Case No. 1:17-cv-03068 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that pursuant to Fed. R. Civ. P. 41, this action is dismissed, with prejudice and without costs or attorneys' fees to any party. The Court shall retain jurisdiction to enforce the settlement agreement between the parties.

Dated: May 9, 2018

*/s/ Nikitas Fudukos*
Nikitas Fudukos
SEIDMAN MARGULIS & FAIRMAN, LLP
20 S. Clark Street, Suite 700
Chicago, Illinois 60603
(312) 781-1977 (P)
(312) 853-2187 (F)
nfudukos@seidmanlaw.net
*Attorney for Plaintiff*

*/s/ Robert Campobasso*
Robert Campobasso
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
55 W. Monroe, Suite 3800
Chicago, IL 60603
(312) 704-0550 (P)
(312) 704-1522 (F)
robert.campobasso@wilsonelser.com
*Attorney for Defendants*

SO ORDERED:

_____
Hon. John J. Tharp. Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANISHA L. WHITE,<br><br>     *Plaintiff,*<br><br> v.<br><br>QUICNY CATCHINGS, individually and as agent, Servant and/or employee of JORDAN CARRIERS, INC., and JORDAN CARRIERS, INC.<br><br>     *Defendants.* | Case No. 1:17-cv-03068 |

## CERTIFICATE OF SERVICE

TO: Katheleen McDonough
   Robert Campobasso
   Wilson Elser Moskowitz Edelman & Dicker LLP
   55 W. Monroe, Suite 3800
   Chicago, IL 60603

   The undersigned hereby certifies that on May 9, 2018, he served via U.S. mail and e-mail a true and correct copy of the following documents:

   Stipulation and Order of Dismissal

                /s/ *Nikitas Fudukos*
                Nikitas Fudukos (ARDC #6298381)
                Attorney for Plaintiff

SEIDMAN MARGULIS & FAIRMAN, LLP
20 S. Clark Street - Suite 700
Chicago, Illinois 60603
(312) 781-1977 (P)
(312) 853-2187 (F)
nfudukos@seidmanlaw.net